IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORETTA L. SOLS RAY | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-153 |
| | § | |
| HARMONY HOUSE, INC, | § | |
| MARGARET POHODICH, PRESTON | § | |
| WITT, AND JAMES CARSON | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendants Harmony House, Inc., Margaret Pohodich, Preston Witt, and James Carson (collectively "Defendants") file this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and show this Court as follows:

### I.     INTRODUCTION

1.     On December 10, 2021, Plaintiff Loretta L. Sols Ray commenced this action in a Judicial District Court of Harris County, Texas, Cause No. 2021-80544, asserting federal causes of action for harassment, discrimination and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII").  (Exhibit A, State Court Petition).

2.     Plaintiff served all of the Defendants with her Original Petition by sending via U.S. mail a copy of her complaint on December 21, 2021. (Exhibit B, Affidavit of Meg Pohodich).

3.     Within thirty (30) days of service upon Defendants of Plaintiff's Complaint, Defendants have filed this Notice of Removal to the United States District Court for the Southern District of Texas.

4.      Contemporaneously with the filing of this Notice of Removal, Defendants have provided written notice of this removal to the clerk of the 270th Judicial District Court of Harris County, Texas.

5.      All Defendants consent to the removal of this matter to this Court.

## II.     VENUE

6.      Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

## III.    GROUNDS FOR REMOVAL – FEDERAL QUESTION

7.      Defendants may properly remove this action pursuant to 28 U.S.C § 1441(a) because Plaintiff is affirmatively asserting claims under Title VII, which arise under the laws of the United States and are within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331. *Alim v. KBR, Inc.*, 570 Fed.Appx. 417, 420 (5th Cir. 2014); *Hart v. Dallas County Hospital District*, 2013 WL 991249, at *3 (N.D.Tex. Mar.13, 2013).

8.      Specifically, Plaintiff alleges she "was forced to resign on July 23, 2021, because of harassment, discrimination, workplace bullying that resulted in a hostile work environment and retaliation" and that Title VII and U.S. Constitutional Amendments, as well as various state rules of evidence and procedure, support her claims. Under the "well-pleaded complaint" rule, a plaintiff is "the master of the claim" and may therefore "avoid federal jurisdiction by exclusive reliance on state law." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392, 107 S.Ct. 2425, 96 L.Ed.2d 318 (1987). But, in this suit, the Petition clearly indicates that Plaintiff did not elect to rely exclusively on state law. In no uncertain terms, she has also sought relief under federal law.

9.     Because Plaintiff  unambiguously asserts a claim under Title VII, Plaintiff's suit falls within this Court's original jurisdiction. Removal was therefore proper. *See e.g.*, *Baker v. Farmers Elec. Co-op., Inc.*, 34 F.3d 274, 278 (5th Cir.1994) ("Where removal jurisdiction is predicated on the existence of federal question, federal question generally must appear on face of plaintiff's complaint."); *Ndupu v. Methodist Health Sys.*, No. CIV A 3:08CV0381-BH, 2008 WL 4211124, at *2 (N.D. Tex. Sept. 10, 2008) (noting a claim invoking Title VII raises a federal question.); *Sanchez v. Laredo Indep. Sch. Dist.*, No. CIV.A L-09-129, 2010 WL 466003, at *2 (S.D. Tex. Feb. 9, 2010) (removing lawsuit where plaintiff alleged violations of Title VII)

## IV.     CONCLUSION

10.     Accordingly, Defendants respectfully request the court remove the suit to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

/s/ *David L. Barron*

By:   David L. Barron
Texas Bar No. 00798051
Southern District of Texas Bar No. 21117
dbarron@cozen.com
Nandini Kavuri Sane
Texas Bar No. 24086821
Southern District of Texas Bar No. 2516207
nsane@cozen.com
COZEN O'CONNOR, P.C.
1221 McKinney, Suite 2900
Houston, Texas  77010
Telephone:  (713) 750-3132
Facsimile:  (832) 214-3905

**COUNSEL FOR DEFENDANTS
HARMONY HOUSE, INC., MARGARET
POHODICH, PRESTON WITT, AND
JAMES CARSON**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 14th day of January 2022 to all parties and/or counsel of record as follows:

Loretta L. Sols Ray
4830 Wilson Road, Suite 300
Humble, TX 77396
ray@velocitylog.com

**PRO SE PLAINTIFF**

/s/  David L. Barron
David L. Barron

55723159\2